No. 1563, Misc.   MASTERS *v.* IOWA.   Sup. Ct. Iowa. Certiorari denied.

No. 757, Misc.   HEATH *v.* PATTERSON, WARDEN, ET AL. C. A. 10th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS, MR. JUSTICE FORTAS, and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted. *Benton S. Clark, Jr.,* and *Robert G. Hanson* for petitioner.   *Duke W. Dunbar,* Attorney General of Colorado, *John P. Moore,* Deputy Attorney General, and *George E. DeRoos,* Assistant Attorney General, for respondents.

No. 1372, Misc.   KOPETKA *v.* YOUNG, WARDEN.   Sup. Ct. Minn.   Certiorari and other relief denied.

No. 1412, Misc.   MILLS *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 1475, Misc.   BARNETT *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.   *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 1547, Misc.   TREST *v.* UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.